FILED
CLERK, U.S. DISTRICT COURT

MAY 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff, ) <br> ) <br>      vs. ) <br> ) <br> Doris O'Keefe Curtis ) <br> ) <br>         Defendant. ) <br> ) | Case No.: 08-1239 M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __E.D. Mo.__ for alleged violation(s) of the terms and conditions of his/~~her~~ ~~[probation]~~ [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    (✓)   The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no evidence presented by Δ; no Pre-trial interview, t.: no_

1    Information sufficient to show bail resources

2

3

4    and/or

5  B.    (✓)   The defendant has not met his/her burden of establishing by

6         clear and convincing evidence that he/she is not likely to pose

7         a danger to the safety of any other person or the community if

8         released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9         on: no evidence presented by Δ;  Δ's history of drug usage —

10        criminal history

11

12

13

14        IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated:    5/20/08

18

19                              RALPH ZAREFSKY

20                              UNITED STATES MAGISTRATE JUDGE